# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **1290 FRONT ST., LLC AND MOHAMMED IQBAL AND SAMINAH IQBAL** *Plaintiffs,* vs. **IAT INSURANCE GROUP AND/OR WILSHIRE INSURANCE COMPANY** *Defendants.* | * * * * * * * * * * | CIVIL ACTION NO. _____ JUDGE _____ MAGISTRATE JUDGE _____ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, under 28 U.S.C. §§ 1332, 1367, 1441(c), and 1446, and on the grounds set forth in this Notice of Removal, Wilshire Insurance Company ("Wilshire") removes this civil action, without waiver of any defense that it may have, whether procedural or substantive, from the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, where it might originally have been brought. In support of its removal of this action, Wilshire represents:

1.

The removing party, Wilshire, is the sole defendant in this civil action,[1] which on August 22, 2023, was commenced in and is now pending in the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, bearing No 2023-14812, on the docket of that court in Division "F", and entitled "*1290 Front St., LLC and Mohammed Iqbal and Saminah Iqbal v. IAT Insurance Group and/or Wilshire Insurance Company.*" A copy of the Petition and all other

---

[1] Plaintiffs name IAT Insurance Group "and/or" Wilshire Insurance Company in their Petition. Wilshire Insurance Company issued the Policy. Wilshire Insurance Company is a wholly owned subsidiary of IAT Insurance Group. IAT Insurance Group is not a properly joined party.

pleadings, process and orders served on Wilshire or filed in the action are attached to this notice as **Exhibit "A"**.

2.

Service of the Petition and citation in the state-court action was made on Wilshire on October 9, 2023, by service on the Louisiana Secretary of State. This service was the first receipt by any defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. Therefore, this Notice of Removal is being timely filed, and the action is being removed to this Court within the 30-day period of 28 U.S.C. § 1446(b).

3.

This action is one over which this Court has original jurisdiction under 28 U.S.C. § 1332, in that it there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000 excluding interests and costs.

4.

Specifically, complete diversity of citizenship exists between Plaintiff, a Louisiana Limited Liability Company whose member(s) are citizens of Louisiana and Plaintiffs Mohammed Iqbal and Saminah Iqbal who are residents of the State of Louisiana, and Defendant, Wilshire, a foreign insurer with a place of incorporation and principal place of business outside of Louisiana.

5.

Citizenship of Plaintiffs:

a. Plaintiff, 1290 Front St., LLC ("Front St."), alleges that it is a limited liability corporation domiciled in St. Tammany Parish, Louisiana who owned the Property located at 1290

Front Street, Slidell, Louisiana 70458 (the "Property") that is subject to the dispute at issue herein.  *See* Petition, unnumbered introductory paragraph, and ¶ 2.

b. Plaintiffs Mohammed Iqbal and Saminah Iqbal allege that they are both persons of the full age of majority and residents of the Parish of St. Tammany, State of Louisiana, who also owned the property at 1290 Front Street, Slidell, Louisiana 70458.  *See* Petition, unnumbered introductory paragraph, and ¶2.

6.

The citizenship of an LLC is determined by the citizenship of all its members.  *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077 (5th Cir. 2008).  "A party seeking to establish diversity jurisdiction must specifically allege the citizenship of every member of every LLC or partnership involved in a litigation."  *Settlement Funding, L.L.C. v. Rapid Settlements, Ltd.*, 851 F.3d 530, 536 (5th Cir. 2017).  As for an individual, it is domicile rather than mere residency that decides citizenship for diversity purposes.  *Great Plains Trust Co. v. Morgan Stanley*, 313 F.3d 305, 310 n. 2 (5th Cir. 2002).

7.

The Louisiana Secretary of State reveals that 1290 Front Street, LLC is a Louisiana Limited Liability Company, domiciled in Harvey, Louisiana with a mailing address of 10 Tunica Court, Harvey, Louisiana 70058, and lists two members.  The listed members are Mohammad Iqbal and Samina Iqbal who also have a listed address of 10 Tunica Court, Harvey, Louisiana 70058.

Accordingly, upon information and belief, the member(s) of 1290 Front St., LLC are citizens of Louisiana, and therefore, 1290 Front St., LLC is a citizen of Louisiana for purposes of diversity jurisdiction.

8.

Citizenship of Defendant: Defendant, Wilshire is a foreign insurer corporation incorporated in North Carolina and has its principal place of business in Raleigh, North Carolina. Thus, Wilshire is a citizen of North Carolina for diversity purposes.[2]

9.

Because Plaintiffs are citizens of the State of Louisiana and Defendant is a citizen of the State of North Carolina, as shown above, the parties do not share citizenship.

10.

Plaintiffs' claims against Wilshire are alleged to arise out of damages suffered as a result of Hurricane Ida on or about August 29, 2021. Plaintiffs allege that their property sustained damages falling within the scope of the insurance policy issued by Wilshire. Plaintiffs allege Wilshire failed to pay sums that Plaintiffs are owed under the Policy. *See* Petition, ¶¶ 3-20. As a result, Plaintiffs assert claims of breach of the insurance contract and breach of the duty of good faith and fair dealing. *See* Petition, ¶¶ 21-38.

11.

Amount in Controversy: Plaintiffs' claims exceed the jurisdictional threshold of $75,000.00, exclusive of interest and costs, giving rise to federal jurisdiction under 28 U.S.C. § 1332(a). While Plaintiffs omit a monetary amount in their Petition, Plaintiff 1290 Front St, LLC has filed a separate action under the same Policy for Hurricane Ida damage, which is pending in this court as Civil Action No. 2:23-cv-04106.[3] In this action, Plaintiff 1290 Front St., LLC alleges that the amount in controversy exceeds $75,000. *See* Exhibit "B" ¶ 3.

12.

---

[2] As previously noted, IAT Insurance Group is not a properly joined party as it did not issue the Policy at issue.
[3] Attached as Exhibit "B".

Immediately after filing this Notice of Removal with the clerk of this Court, Wilshire will comply with 28 U.S.C. § 1446(d) by causing a copy of this notice to be filed with the Clerk of Court of the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, and served on all other counsel of record.

13.

Wilshire reserves the right to assert its interest as to any issue or matter, including any issues or matters relating to this action. Wilshire reserves all rights, including defenses, objections, and exceptions, and the filing of this notice of removal is subject to, and without waiver of, any defense, objection, or exception.

**WHEREFORE**, Defendant, Wilshire Insurance Company, prays that the action now pending against it in the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana be removed to this Court and proceed herein.

Respectfully submitted,

*/s/ Charles P. Blanchard*
Leah N. Engelhardt (#23232)
Charles P. Blanchard (#18798)
**CHAFFE McCALL, L.L.P.**
1100 Poydras Street, Suite 2300
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 544-6054
Email: engelhardt@chaffe.com
         blanchard@chaffe.com

*Attorneys for Wilshire Insurance Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has this date been served on all counsel of record in these proceedings by:

| | | | | | |
|---|---|---|---|---|---|
| ( | ) | Hand Delivery | ( | ) | Prepaid U.S. Mail |
| ( | ) | Facsimile | ( | ) | Federal Express |
| ( X | ) | Electronic Mail | | | |

New Orleans, Louisiana this 8th day of November, 2023.

*/s/ Charles P. Blanchard*
CHARLES P. BLANCHARD