UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **1290 FRONT STREET LLC ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 23-6750** |
| **IAT INSURANCE GROUP ET AL.** | **SECTION I** |

## ORDER

Before the Court is defendant Wilshire Insurance Company's motion[1] to dismiss, or alternatively consolidate, the above-captioned matter because it is duplicative of another case[2] which is currently pending before this Court. The plaintiff has not filed an opposition, and the deadline for doing so has passed.[3] Accordingly,

**IT IS ORDERED** that the unopposed motion to dismiss is **GRANTED** because the above-captioned matter is duplicative of another case pending before this Court. The above-captioned matter is **DISMISSED**.

New Orleans, Louisiana, January 23, 2024.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 9.
[2] Case No. 23-4106.
[3] The motion is set for submission on January 24, 2024. Pursuant to Local Rule 7.5, plaintiffs' response was due on January 16, 2024.